IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| KAMARI LEWIS, | ) | |
| | ) | |
| Plaintiff | ) | 3:09-CV-99 |
| | ) | |
| v. | ) | Action for Breach of Express |
| | ) | Warranty, Breach of Implied |
| MAZDA MOTOR of AMERICA, INC. | ) | Warranty, Strict Liability, |
| d/b/a MAZDA NORTH AMERICAN | ) | Negligence, Negligent |
| OPERATIONS, FORD MOTOR | ) | Infliction of Mental and Emotional |
| COMPANY, and PLAZA MOTORS | ) | Distress, Negligent Entrustment, |
| CORPORATION, | ) | Punitive Damages, Compensatory |
| | ) | Damages, **Negligent** |
| Defendants. | ) | **Misrepresentation, Intentional** |
| | ) | **Fraud, Design Defect,** |
| | ) | **Manufacturing Defect, Marketing** |
| | ) | **Defect, Failure to Warn, Failure** |
| | ) | **to Inspect, Intentional** |
| | ) | **Infliction of Emotional Distress,** |
| | ) | **Violation of Magnuson-Moss** |
| | ) | **Warranty Act, 15 USC 2301, et.** |
| | ) | **seq., Violation of Uniform** |
| | ) | **Commercial Code, Seatbelt** |
| | ) | **Failure, Unfair Business Practice,** |
| | ) | **Head Injury, & False Advertisement.** |
| | ) | |
| | ) | JURY TRIAL DEMANDED |

MOTION TO FILE DOCUMENTS OUT OF TIME

Plaintiff Kamari Lewis requests that the Court grant him permission to file documents out of time. Documents were due on January 25, 2013. Counsel has two internet service providers. He uses Sprint and Choice to access the internet.

Two towers used by Sprint were inoperable for days. No announcements were made regarding the towers. After days of trying to ascertain the problem, Sprint informed me that the towers

Kamari Lewis vs. Mazda Motors, Inc., et al
3:09-CV-99
Motion to File Documents Out of Time
Page No. 2 of 2

were down.

The modem issued by Choice malfunctioned after several spikes with the Water and Power Authority. As a result, Plaintiff has been unable to file the requisite documents. As counsel is involved with a matter in Superior Court also scheduled for February, he requests permission to file the documents on January 29, 2013.

DATED: January 28, 2013                    Respectfully submitted:

                                             s/ Joseph Caines
                                             Joseph Caines, Esq.
                                             Law Offices of Joseph Caines, P.C.
                                             100 Blackbeard's Hill, Suite 4B
                                             P.O. Box 307007
                                             St. Thomas, V.I. 00803
                                             Tel. 340-774-9277
                                             Fax. 340-774-9267
                                             E-mail: cainesj@viaccess.net

<u>**CERTIFICATE OF SERVICE**</u>

**IT IS HEREBY CERTIFIED** that on the 28th day of January 2013, I caused a true and exact copy of the foregoing **MOTION TO FILE DOCUMENTS OUT OF TIME** to be filed electronically with the Clerk of the Court using the CM/ECF System, which will provide notification to:

| | |
|---|---|
| David R. Kelley, Esq. | Bruce P. Bennett, Esq. |
| Bowman and Brooke, LLP | Hunter, Cole & Bennett |
| 150 South Fifth Street, Suite 3000 | Pentheny Building, 3rd Floor |
| Minneapolis, Minnesota 55406 | 1138 King Street, Suite 301 |
| | Christiansted, St. Croix, VI 00820 |