IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

KAMARI LEWIS, )
)
        Plaintiff, )
)
vs. ) Civil No. 2009-99
)
MAZDA MOTOR OF AMERICA, INC. )
d/b/a, MAZDA NORTH AMERICAN )
OPERATIONS, and FORD MOTOR )
COMPANY, )
)
        Defendants. )
)

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a mediation conference was held on the 25 day of January, 2013.

The following were present:

| | | |
|---|---|---|
| _____ | 1. | All Plaintiffs. Plaintiff was not present but available. |
| \_\_\_X\_\_\_ | 2. | Plaintiff's trial counsel. |
| _____ | 3. | If Plaintiff is not an individual, the representative who appeared had total authority. |
| _____ | 4. | All Defendants. Defendants were not present but available. |
| \_\_\_X\_\_\_ | 5. | Defendant's trial counsel. |
| _____ | 6. | If Defendant is not an individual, the representative who appeared had total authority. |

The result of the mediation conference is as follows:

_____ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

_____ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

Mediation Report
Page 2
Civil No. 2009-99

___X___    The parties have reached a total impasse, all issue require Court action.

_____    The matter has been recessed for further mediation.

_____    Other:

DATE: February 4, 2013

_____
Geoffrey W. Barnard, U.S. Magistrate Judge
Mediator