IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

KAMARI LEWIS,

      Plaintiff   )  Civil Action No. 2009-99

vs.

MAZDA MOTOR OF AMERICA, INC. d/b/a
MAZDA NORTH AMERICAN OPERATIONS; and
FORD MOTOR COMPANY

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

[ ] the plaintiff (*name*)_____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of 0 %, plus post judgment interest at the rate prescribed by statute, along with costs.

[ X ] the plaintiff recover nothing, from defendant, MADZA MOTOR OF AMERICA, INC., d/b/a MAZDA NORTH AMERICAN OPERATIONS and FORD MOTOR COMPANY, action be dismissed on the merits.

[ ] other:

This action was (*check one*):

[ X ] tried by a jury with Chief Judge, Curtis V. Gómez, presiding, and the jury has rendered a verdict.

[ ] tried by Judge _____ without a jury and the above decision was reached.

CLERK OF COURT

Date: *February 15, 2013*

*[signature]*

GLENDA L. LAKE, ESQUIRE

*[Received stamp: 2013 FEB 15 AM 10:59 CLERK OF THE DISTRICT COURT ST. THOMAS, V.I.]*